UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CANDIS EHDE, CASSANDRA, LONG, and CRYSTAL LONSDORF, *et al.*, | § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 1:22-cv-00870-RP |
| v. | § § | |
| RPM DINING, LLC, d/b/a YELLOW ROSE, a Texas limited liability company; MIKE PERSINGER, an individual, | § § § § § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT

Plaintiffs Houston Isabelle and Crystal Lonsdorf, together with Defendants RPM Dining, LLC, and Mike Persinger, submit this notice to the Court that they are in the process of fully resolving and settling all matters between them.

The parties expect to complete their settlements and file dismissal papers within 21 days of this notice. In the interim, the parties respectfully request that the Court administratively close this case.

MCDOWELL HETHERINGTON LLP                -and-

 /s/ *William X. King*                                         /s/ *Leigh Montgomery* *w/p
William X. King                                              Jarrett L. Ellzey
State Bar No. 24072496                                 Texas Bar No. 24040864
1001 Fannin Street, Suite 2400                     Leigh Montgomery
Houston, Texas 77002                                   Texas Bar No. 24052214
Telephone: (713) 337-5580                           ELLZEY & ASSOCIATES, PLLC
Facsimile: (713) 337-8850                            1105 Milford Street
william.king@mhllp.com                               Houston, Texas 77066
**ATTORNEY FOR DEFENDANTS**         Tel: (713) 554-2377
                                                                        Fax: (888) 995-3335
                                                                        jarrett@ellzeylaw.com
                                                                        leigh@ellzeylaw.com
                                                                        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on July 7, 2023.

Jarrett L. Ellzey
Leigh Montgomery
ELLZEY & ASSOCIATES, PLLC
1105 Milford Street
Houston, Texas 77066
Tel: (713) 554-2377
Fax: (888) 995-3335
jarrett@ellzeylaw.com
leigh@ellzeylaw.com

John Kristensen (Pro Hac Vice)
California Bar No. 224132
CARPENTER & ZUCKERMAN
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Tel.: (310) 507-7924
Fax: (310) 858-1063
kristensen@czrlaw.com
**ATTORNEYS FOR PLAINTIFFS**

                                                      _/s/ William X. King_
                                                      William X. King